UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN BEACHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0801-G (BF) |
| BANK OF AMERICA, N.A., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney.  The district court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, defendants' Bank of America, N.A. and Federal National Mortgage Association motion to dismiss (docket entry 5) is **GRANTED** and plaintiff's original petition is **DISMISSED** with prejudice.

**SO ORDERED**.

June 21, 2012.

_A. Joe Fish_
A. JOE FISH
**Senior United States District Judge**